FILED
CLERK, U.S. DISTRICT COURT

NOV 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Michael Briggs, DEFENDANT(S). | CASE NUMBER CR 12-1066 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of ____defendant____, IT IS ORDERED that a detention hearing is set for __11/20/12__, ____, at __10:00__ ☑ a.m. / ☐ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __11/16/12__            _____
                               U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)    ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT    Page 1 of 1